Appeals. *Mr. Benjamin Reass* for petitioner. No appearance for respondent.

No. 911. GULLY, STATE TAX COLLECTOR, *v.* FIRST NATIONAL BANK. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted, limited to the question of the jurisdiction of the District Court. *Mr. J. C. Floyd* for petitioner. *Messrs. R. E. Wilbourn* and *Albert S. Bozeman* for respondent.

No. 895. ALGERNON S. SCHAFER *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE;

No. 896. EDWARD SCHAFER *v.* SAME; and

No. 897. LEONARD SCHAFER *v.* SAME. May 18, 1936. Petition for writs of certiorari to the United States Court of Appeals for the District of Columbia granted. *Mr. Eugene Untermyer* for petitioners. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Sewall Key* and *Miss Louise Foster* for respondent.

No. 903. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* ILLINOIS LIFE INSURANCE Co. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Reed* for petitioner. *Mr. Lewis C. Jesseph* for respondent.

No. 904. KVOS, INC. *v.* ASSOCIATED PRESS. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Clarence*

*C. Dill* for petitioner. *Messrs. John W. Davis, William C. Cannon, Clinton W. Howard,* and *Harold W. Bissett* for respondent.

No. 934. DUKE POWER CO. ET AL. *v.* GREENWOOD COUNTY ET AL. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. W. S. O'B. Robinson, Newton D. Baker, Raymond T. Jackson, W. R. Perkins, H. J. Haynsworth,* and *J. H. Marion* for petitioners. Mr. *D. W. Robinson, Jr.,* and *Solicitor General Reed* for respondents.

No. 988. TENNESSEE PUBLISHING CO. *v.* AMERICAN NATIONAL BANK ET AL. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. A. H. Roberts,* and *A. H. Roberts, Jr.,* for petitioner. *Messrs. William Waller, Cecil Sims, Charles C. Trabue,* and *Thomas H. Malone, Jr.,* for respondents.

No. 923. CATE ET AL. *v.* BEASLEY ET AL. May 25, 1936. Petition for writ of certiorari to the Supreme Court of Oklahoma granted. *Mr. Richard W. Stoutz* for petitioners. *Messrs. James A. Veasey* and *L. G. Owen* for respondents.

No. 928. JOSE RIVERA SOLER & CO., INC. *v.* UNITED STATES FIREMEN'S INSURANCE CO. May 25, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Francis H.*